**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Myrna Josephine Holt WILSON,**
**Defendant–Appellant.**

No. 02–6549.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Myra Josephine Holt Wilson, Appellant Pro Se. Sharon Burnham, Office of the

United States Attorney, Roanoke, Virginia, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Myra Josephine Holt Wilson seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Wilson,* Nos. CR–98–91; CA–00–423–7 (W.D.Va. Jan. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*